IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-234 |
| | ) |
| RAUL ERNESTO ANZORA-GONZALES, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 28th day of November, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 26, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, November 30, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance M. Bowden,
Assistant United States Attorney

Linda E.J. Cohn,
Assistant Federal Public Defender

U.S. Marshal

U.S. Pretrial Services

U.S. Probation

Ana Lahr,
Court Interpreter